Hon. Jamal N. Whitehead

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re

WATER WIND & SKY, LLC,

Debtor.

WATER WIND & SKY, LLC, a Washington
limited liability company,

Plaintiff/Appellant,

v.

MGP BEACON GUARANTY, LLC, a Nevada
limited liability company,

Defendant/Appellee.

District Court Case No. 23-cv-00299-JNW
District Court Case No. 23-cv-00403-JNW

Bankruptcy/Adversary Nos.: USBC 22-
10752, Adv. 22-01025

Internal Appeal No. 23-S003

SECOND STIPULATED MOTION
AND ORDER REGARDING STAY

The parties to the above-captioned U.S. District Court matters (the "Actions"), by

and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on March 24, 2023, Judge Timothy Dore of the U.S. Bankruptcy

Court for the Western District of Washington issued a Judgment from Trial in Adversary

No. 22-01025-TWD, and also issued rulings on certain post-trial motions in the same

proceeding;

WHEREAS, both parties have filed Notices of Appeal in connection with the

judgment entered and decisions made on March 24, 2023;

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1   WHEREAS, the parties have engaged in settlement discussions in an attempt to

2   facilitate a global resolution of all disputes between them;

3   WHEREAS, the parties have previously received a 30-day stay of appellate

4   deadlines in order to facilitate those discussions;

5   WHEREAS, the present stay expires on May 5, 2023;

6   WHEREAS, the parties' settlement discussions are continuing and the parties

7   presently expect those discussions to conclude in the near term;

8   WHEREAS, the parties have agreed that it would conserve party and judicial

9   resources and be in the parties' mutual interest to seek an additional stay all of appellate

10  deadlines while the parties continue to discuss settlement.

11  IT IS THEREFORE STIPULATED AND AGREED, by and between the parties,

12  by and through their undersigned counsel and subject to the approval of this Court, that

13  the Actions shall be stayed for an additional 30-day period.

14  IT IS SO STIPULATED.

15  DATED this 3rd day of May, 2023.

16  McNAUL EBEL NAWROT & HELGREN PLLC

17  By:  _s/ Claire Martirosian_____
        Claire Martirosian, WSBA No. 49528
18
    By:  _s/ Elisabeth J. Guard_____
19      Elisabeth J. Guard, WSBA No. 52634

20  600 University Street, Suite 2700
    Seattle, WA 98101
21  P: (206) 467-1816
    cmartirosian@mcnaul.com
22  eguard@mcnaul.com
    *Attorneys for Plaintiff/Appellant*
23  *Water Wind & Sky LLC*

24

25

26

SECOND STIPULATED MOTION AND ORDER
REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-
00403-JNW) – Page 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SNELL & WILMER L.L.P.

By:  _s/ Josh A. Rataezyk_
      Josh A. Rataezyk, WSBA No. 33046

By:  _s/ Amit D. Ranade_
      Amit D. Ranade, WSBA No. 34878

506 Second Avenue, Suite 1400
Seattle, WA 98104
P: (425) 748-5055
jrataezyk@swlaw.com
aranade@swlaw.com
_Attorney for Defendant/Appellee_
_MGP Beacon Guaranty, LLC_

SECOND STIPULATED MOTION AND ORDER
REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-
00403-JNW) – Page 3

1

**ORDER**

2
IT IS SO ORDERED.

3
DATED this 9th day of May, 2023.

4

5

6

_____

7
Jamal N. Whitehead
United States District Judge

8

9
Presented by:

10
McNAUL EBEL NAWROT & HELGREN PLLC

11
By:   _s/ Claire Martirosian_
      Claire Martirosian, WSBA No. 49528

12
By:   _s/ Elisabeth J. Guard_
      Elisabeth J. Guard, WSBA No. 52634

13
      cmartirosian@mcnaul.com

14
      eguard@mcnaul.com
      _Attorneys for Plaintiff/Appellant_

15
      _Water Wind & Sky LLC_

16
SNELL & WILMER L.L.P.

17
By:   _s/ Josh A. Rataezyk_
      Josh A. Rataezyk, WSBA No. 33046

18
By:   _s/ Amit D. Ranade_

19
      Amit D. Ranade, WSBA No. 34878

20
      jrataezyk@swlaw.com
      aranade@swlaw.com

21
      _Attorney for Defendant/Appellee_
      _MGP Beacon Guaranty, LLC_

22

23

24

25

26

SECOND STIPULATED MOTION AND ORDER
REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-00403-JNW) – Page 4