Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>WATER WIND & SKY, LLC,<br><br>　　　　Debtor. | Case No. 2:23-cv-403<br><br>Bankruptcy Case No. 22-10752-TWD<br>Adv. Proc. No. 22-0105-TWD<br>Internal Appeal No. 23-S003 |
| WATER WIND & SKY, LLC, a Washington limited liability company,<br><br>　　　　Plaintiff/Appellee,<br><br>　　v.<br><br>MGP BEACON GUARANTY, LLC, a Nevada limited liability company,<br><br>　　　　Defendant/Appellant. | STIPULATED MOTION AND ORDER TO DISMISS APPEAL<br><br>NOTE ON MOTION CALENDAR:<br>June 7, 2023 |

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Plaintiff Water Wind & Sky, LLC ("WWS") and Defendant MGP Beacon Guaranty, LLC ("MGP"), by and through their counsel of record, stipulate and respectfully request that the Court dismiss the above-referenced appeal with prejudice, and with each party to bear its own fees and costs.

//

//

//

STIPULATED MOTION AND ORDER TO DISMISS APPEAL - 1
Case No. 23-000403-TL

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

| | | |
|---|---|---|
| 1 | Dated: June 7, 2023 | SNELL & WILMER L.L.P. |

By: *s/Josh A. Rataezyk*
Josh A. Rataezyk, WSBA No. 33046
By: *s/Amit D. Ranade*
Amit D. Ranade, WSBA No. 34878
506 Second Avenue, Suite 1400
Seattle, WA 98104
425-748-5055
jrataezyk@swlaw.com; aranade@swlaw.com

Attorneys for Defendant/Appellant
MGP Beacon Guaranty, LLC

MCNAUL EBEL NAWROT & HELGREN PLLC

By: *s/Claire Martirosian*
Claire Martirosian, WSBA No. 49528

By: *s/Elisabeth J. Guard*
Elisabeth J. Guard, WSBA No. 52634
600 University Street, Suite 2700
Seattle, WA 98101
206-467-1816
cmartirosian@mcnaul.com
eguard@mcnaul.com
ATTORNEYS FOR PLAINTIFF/APPELLEE
WATER WIND & SKY LL

STIPULATED MOTION AND ORDER TO DISMISS APPEAL - 2
Case No. 23-000403-TL

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055

# ORDER

**IT IS SO ORDERED**

DATED this 7th day of June, 2023.

                                            Jamal N. Whitehead
                                            United States District Judge

Presented by:

SNELL & WILMER L.L.P.

By: *s/Josh A. Rataezyk*
    Josh A. Rataezyk, WSBA No. 33046
By: *s/Amit D. Ranade*
    Amit D. Ranade, WSBA No. 34878
    506 Second Avenue, Suite 1400
    Seattle, WA 98104
    425-748-5055
    jrataezyk@swlaw.com; aranade@swlaw.com

Attorneys for Defendant/Appellant
MGP Beacon Guaranty, LLC

MCNAUL EBEL NAWROT & HELGREN PLLC

By: *s/Claire Martirosian*
    Claire Martirosian, WSBA No. 49528
By: *s/Elisabeth J. Guard*
    Elisabeth J. Guard, WSBA No. 52634
    600 University Street, Suite 2700
    Seattle, WA 98101
    206-467-1816
    cmartirosian@mcnaul.com
    eguard@mcnaul.com

Attorneys for Plaintiff/Appellee
Water Wind & Sky LLC

4882-9576-3817.1

STIPULATED MOTION AND ORDER TO DISMISS APPEAL - 3
Case No. 23-000403-TL

Snell & Wilmer
506 Second Avenue, Suite 1400
Seattle, WA 98104
425.748.5055